IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RYAN WILKERSON,<br><br>                Plaintiff,<br><br>v.<br><br>RICK ELDRIDGE et al.,<br><br>                Defendants. | **MEMORANDUM DECISION & ORDER**<br><br><br>Case No. 2:14-CV-586 DAK<br><br>District Judge Dale A. Kimball |

       The Court has directed the United States Marshals Service to serve process in this case. *See* Fed. R. Civ. P. 4(c)(2).  To do so, by statute, the United States Marshal "shall command all necessary assistance to execute its duties." *See* 28 U.S.C.S. § 556(c) (2016).

       The Complaint identifies the following San Juan County and Utah Department of Corrections employees as defendants:

        **SHERIFF RICK ELDRIDGE (SJC)**
        **JAIL COMMANDER JOHN YOUNG (SJC)**
        **OFFICER DENNIS HOGGARD (SJC)**
        **OFFICER PRESTON PALMER (SJC)**
        **SUPERVISOR JAMES CHIPP (UDOC)**

Service of process on current government employees may be effected via authorized agent.  If any of the named defendants are no longer employed by the applicable government entity or that entity is not authorized to accept service for any of these individuals, more information must be obtained from the entity to complete service.

       Accordingly, **IT IS HEREBY ORDERED** that:  If the County or State is unable to accept service of process for the defendants identified above, the County or State shall disclose

to the United States Marshals Service any information in its records that may help in identifying, locating and completing service of process upon the named defendants. Such information shall include, but is not limited to, the defendants' full names and any known aliases, dates of birth, Social Security numbers, driver's license numbers, all previous addresses, and last known addresses on file. The U.S. Marshal shall take all necessary measures to safeguard any personal information provided by the County or State to ensure that it is not disclosed to anyone other than the U.S. Marshals Service or Court officers.

**IT IS SO ORDERED**.

DATED this 28th day of March, 2016.

BY THE COURT:

JUDGE DALE A. KIMBALL
United States District Court